In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-073 CV


____________________



IN RE JOSEPH DEL VALLE






Original Proceeding






 MEMORANDUM OPINION 


 Joseph Del Valle filed a petition for writ of mandamus to compel the trial court to
vacate its Order of January 31, 2007, in Cause No. 07-01-01000-CV. The trial court's order
commands any police officer in Montgomery County, Texas, to take physical custody of the
child who is the subject of a suit filed in Goodhue County, Minnesota. 

 The petition for writ of mandamus is denied. The motion for temporary relief is
denied as moot.

 WRIT DENIED.

 PER CURIAM

Opinion Delivered February 2, 2007

Before McKeithen, C.J., Gaultney and Horton, JJ.